Form CGFI25  (06/22/21)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 21−20622−PDR

**Adversary Number:** 21−01382−PDR

In re:

**Name of Debtor(s):** Samuel Fitzgerald Worrell

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−− /

**Samuel Worrell**

Plaintiff(s)

**VS.**

**Ditech Financial Servicing LLC, et al**

Defendant(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies must submit a motion or answer to the complaint within 35 days.

**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Samuel Worrell
7420 NW 41 Court
Lauderhill, FL 33319

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003−1(B)(2) corporate defendants must file a corporate ownership statement.

*Page 1 of 3*

## STATUS CONFERENCE:

Date: **January 12, 2022**

Time: **10:00 AM**

Location: **U.S. Courthouse, 299 E Broward Blvd #301, Ft Lauderdale, FL 33301**

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Melva Weldon
Deputy Clerk

**Dated:** November 18, 2021

*Page 2 of 3*

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

\_\_\_\_ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

\_\_\_\_ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_ Residence Service: By leaving the process with the following adult at:

\_\_\_\_ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

\_\_\_\_ Publication: The defendant was served as follows: [Describe briefly]

\_\_\_\_ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

| Print Name: | | | |
|---|---|---|---|
| Address: | | | |
| City: | State: | Zip: | |