CASE # 21-01382-PDR

# CERTIFICATE OF SERVICE

I, Samuel Fitzgerald Worrell _____ (name), certify that service of this summons and a copy of the complaint was made 19 November 2021 _____ (date) by:

**X** Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC
ATTORNEYS FOR DITECH FINANCIAL LLC, et al
6409 CONGRESS AVE, SUITE 100, BOCA RATON, FL. 33487

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 19 November 2021 _____   Signature: _____

| Print Name: Samuel Fitzgerald Worrell |
| Address: 7420 NW 41 Court |
| City: Lauderhill   State: FL   Zip: 33319 |

*Page 3 of 3*