

**ORDERED in the Southern District of Florida on December 29, 2021.**



                **Peter D. Russin, Judge**
                **United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

Samuel Fitzgerald Worrell,

    Debtor.

_____/

Case No. 21-20622-PDR

Chapter 13

Samuel Worrell,

    Plaintiff,

v.

Ditech Financial Servicing LLC,

    Defendant.

_____/

Adv. Case No. 21-01382-PDR

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING STATUS CONFERENCE

On December 17, 2021, the Defendant filed a *Motion to Dismiss* this adversary proceeding. (Doc. 9). Accordingly, the Court **ORDERS**:

1. The Plaintiff may respond to the *Motion* by January 12, 2022.

2. The Defendant may reply to the Plaintiff's response by January 26, 2022.

3. The Court shall hear the *Motion* (Doc. 9) on **February 2, 2022**, at **10:00 a.m.** by Zoom Video Conference.

4. The Status Conference currently set for January 12, 2022, at 10:00 a.m. (Doc. 10) is **CONTINUED** to **April 7, 2022**, at **10:00 a.m.** at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, Florida 33301.  Although the Court will conduct the hearings in person, any interested party may choose to attend the hearings remotely via Zoom Video Conference, which permits remote participation by video or telephone.

5. **Zoom Video Conference Procedures**.  To participate through Zoom Video Conference, participants must register in advance no later than 3:00 p.m. one business day before the hearing.  To register for remote participation, use the following link:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

# # #

Copies To:
April Harriott, Esq.

*April Harriott, Esq. is direct to serve this Order on all interested parties.*