## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

IN RE:
SAMUEL F. WORRELL
    Debtor

Case No.:21-20622-PDR
Chapter 13

SAMUEL F. WORRELL
    Plaintiff,

vs.

Adversary Proceeding
Case No.: 21-01382

DITECH FINANCIAL SERVICING LLC, et al,
    Defendants.

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS DITECH FINANCIAL SERVICING LLC, ET AL, AND ITS LOCAL FORECLOSURE COUNSEL, WITH SUPPORTING AFFIDAVITS AND EXHIBITS, AND PROPOSED FINAL JUDGMENT BY DEFAULT

PLAINTIFF, SAMUEL F. WORRELL, the Debtor in the underlying bankruptcy Chapter

13 Case Number: 21-20622(PDR), commenced Adversary Proceedings (AP) Case Number: 21-

01382(PDR) against DEFENDANTS DITECH FINANCIAL SERVICING, et al, and its local

foreclosure attorneys (hereafter DEFENDANTS-DITECH). DEFENDANTS-DITECH were

given notice and duly served with Summons for the AP Complaint and informed of the duty to

timely file a sufficient answer in accordance with the law and governing Procedural Rules of this

Court. DEFENDANTS-DITECH have failed to sufficiently answer PLAINTIFF'S AP

Complaint. Accordingly, pursuant to Rule 55, Federal Rules of Civil Procedure and pertinent

Bankruptcy Rules, PLAINTIFF is entitled to entry of FINAL JUDGMENT BY DEFAULT

against DEFENDANTS-DITECH, and in support thereof PLAINTIFF states as follows:

- 1 -

## **FACTUAL BACKGROUND AND BASIS FOR ENTRY OF FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS-DITECH**

1.      On 08/24/2021 despite knowing full well that they possessed no legal standing nor legitimate grounds for foreclosure DEFENDANTS-DITECH filed false documents and prosecuted fraudulent claims against PLAINTIFF in the Seventeenth Judicial Circuit Court (the state foreclosure Court[1]) under Case No. CACE # 16001954.

2.      On 09/14/2021 the state foreclosure court, despite strong objections, wrongfully granted DEFENDANTS-DITECH an order to sell PLAINTIFFS home without DEFENDANTS-DITECH showing competent evidence of foreclosure standing.

3.      On 10/25/2021 DEFENDANTS-DITECH proceeded with its fraudulently secured court order and scheduled a sale, and knowingly purchased and published false advertising in support of the unlawful foreclosure sale (Exhibit A).

4.      On 11/05/2021 in light of the foregoing facts, for the fourth time in three years, PLAINTIFF was forced to file for bankruptcy to prevent the illegal sale of his home by DEFENDANTS-DITECH (See case No.:18-19013-JKD; No.19-21221-JKD, Case No.20-11803-PGH; and the current Case No.: 21-20622(PDR)).

5.      On 11/18/2021 PLAINTIFF filed a Complaint to open Adversary Proceedings Case No.: 21-01382-PDR within the instant Chapter 13, seeking to hold DEFENDANTS-DITECH and its local foreclosure attorneys accountable for their misdeeds.

6.      On 11/18/2021 when the AP Complaint was filed this Court served DEFENDANTS-DITECH with the Summons and legal notice of commencement of the Adversary Proceedings; i.e. AP Case No.: 21-01382-PDR.

---

[1] The foreclosure court can harvest significant foreclosure fees when a foreclosure is successfully completed.

- 2 -

7. Further, the Summons required DEFENDANTS-DITECH to by 12/20/2021 file a sufficient reasonable answer to the serious incendiary charges brought in the AP Complaint, which DEFENDANTS-DITECH failed to do.

8. Moreover, as of this date, DEFENDANTS-DITECH have chosen to purposefully avoid appearing in the bankruptcy proceedings and have ignored their legal duties by continually failing to show a lawful or even reasonable basis for its alleged (false) foreclosure claims against PLAINTIFF.

9. DEFENDANTS-DITECH have also sought no extension nor enlargement of time to answer.

10. Instead, DEFENDANTS-DITECH are attempting to continue concealing their fraudulent actions against PLAINTIFF by not specifically answering any of the allegations detailed in the AP Complaint instituted against them.

11. Rather, DEFENDANTS-DITECH are now seeking to abruptly assume the identity of a third-party stranger entity (aka "NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and HSBC Bank, USA, N.A.) in order to file irrelevant documents in PLAINTIFF'S underlying Chapter 13 Case No.: 21-20622(PDR).

12. Additionally, DEFENDANTS-DITECH have purposefully ignored and disregarded essential Rules governing appearing and practicing in Bankruptcy Court[2].

13. DEFENDANTS-DITECH have failed to swear a sufficient oath, and to show evidence of qualification to practice before the Bar in Federal Bankruptcy Court. Hence the DEFENDANTS-DITECH have failed to make a proper appearance in the Bankruptcy Court, prior to attempting to file irrelevant and or false documents into the bankruptcy court docket.

---

[2] Pursuant to federal law under title 18 and elsewhere, anyone who knowingly makes false claims in Bankruptcy Court is subject to felony conviction, severe fines, and / or imprisonment.

- 3 -

14.    Instead, DEFENDANTS-DITECH and its local foreclosure counsel now seek this

Court's cooperation to advance their deception and fraud by attempting to appear as a previously

unnamed nonparty stranger-entity (aka "NEWREZ LLC D/B/A SHELLPOINT MORTGAGE

SERVICING, and HSBC Bank, USA, N.A.); a nonparty clearly not named at any time in the AP

Complaint that was filed, because it clearly was *not* involved at any point in DEFENDANTS-

DITECH bogus foreclosure action, wrongful judgment, and forced sale of PLAINTIFF'S home.

15.    This Court may not however lawfully facilitate nor tolerate such antics, especial from

other members of the legal community and active members of the Florida state Bar Association.

## BASIS FOR ENTRY OF FINAL JUDGMENT BY DEFAULT
## AGAINST THE DEFENDANTS-DITECH
## AND MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

16.    PLAINTIFF-DEBTOR hereby repeats, reiterates, and incorporates the afore stated facts

contained in his AP Complaint previously filed with this Court (DE #1), and in the afore stated

paragraphs 1 through 14 as thought fully set forth herein, and further asserts that:

17.    DEFENDANTS-DITECH have defaulted before this Court in their duty to timely file by

12/20/2021 a sufficient answer or other credible response to the serious claims in the Complaint

filed against DEFENDANTS-DITECH.

18.    DEFENDANTS-DITECH failed in their duty to make proper appearance in these

proceedings prior to seeking to file documents in the case docket.

19.    DEFENDANTS-DITECH ignored the duty to show sufficient evidence that they are duly

admitted to practice before the Bankruptcy Court, and that they have taken an oath pledging to

follow the Rules, Practices, and Procedures governing the conduct of attorneys in Bankruptcy

Court, including not intentionally deceiving the Court – which is in stark contrast to their casual

misdeed in the state foreclosure court.

- 4 -

20.     Indeed, by abruptly and immediately switching identity in this Court DEFENDANTS-DITECH fully concede to knowingly acting fraudulently against PLAINTIFF in its state foreclosure court proceedings.

21.     And by attempting to continue its deceptions and fraudulent claims simply by suddenly switching identity and by appearing as a stranger, third-party, nonparty (to wit aka "NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and HSBC Bank, USA, N.A.) who is clearly irrelevant to DEFENDANTS-DITECH'S bogus foreclosure claims and unlawful forced sale of PLAINTIFF-DEBTOR'S home it demonstrates the willfulness of its misconduct.

22.     Moreover, by attempting to deceptively file misleading irrelevant documents into the docket of this case, including DE #'s 13 & 14, and a grossly legally insufficient purported answer to the AP Complaint on 12/17/2021, DEFENDANTS-DITECH'S counsel are proceeding in continuing direct violation of any oaths taken for admittance to the state and federal Bar, and thereby also expressly disqualified themselves from appearing before this Court.

23.     Additionally, by now attempting to argue that a different entity other than DEFENDANTS-DITECH is the true "*Secured Creditor*" entity with foreclosure standing they have by **judicial estoppel**, precluded this Court (and any Court for that matter) from relying on such false statements and testimony.

24.     DEFENDANTS-DITECH are required continually to comply ***strictly*** with all aspects of the law, civil procedures, and the Bankruptcy Code, including performing their duty to promptly file with this Court legitimate Rule 3001 *Proofs of Claims* and legally sufficient evidence of any claim(s), secured or unsecured, that it seeks to assert in strict compliance with Bankruptcy Rule 3001, which DEFENDANTS-DITECH avoids, and failed to do.

- 5 -

25.    Additionally, DEFENDANTS-DITECH are required to sufficiently comply with other relevant bankruptcy court orders, including those by the United States Bankruptcy Court for the Southern District of New York (Case No. 19-10412-JLG), to the extent that violating such orders constitute fraudulent acts by DEFENDANTS-DITECH.

26.    These matters are Core Proceedings under the U. S. Bankruptcy Code, pursuant to 28 U.S.C. §§ 1334 &157(G) and is exclusively within bankruptcy jurisdiction.

27.    The Bankruptcy Court has exclusive jurisdiction and authority in this matter, pursuant to its statutory mandate by Congress to enforce federal bankruptcy law; 28 U.S.C. §§ 1334, 157 and §§ 105 and 523. (Bankruptcy General Powers).

28.    PLAINTIFF-DEBTOR'S AP Complaint constitutes an action for Declaratory Relief pursuant to 11 U.S.C. § 105, and other pertinent statutory authority.

29.    11 U.S.C. § 105 vests bankruptcy judges with broad discretion and powers to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title"; 28 U.S.C. §§ 151, 1334(a), 1471(e); Rules 7001, 9014.

30.    This Court has expressed statutory authority to re-open a case for good cause shown, and to serve justice; 11 U.S.C. §§ 105, 350; Rule 60(b)(4).

---

### AFFIDAVIT STATEMENT OF NON-MILITARY SERVICE STATUS IN SUPPORT OF PROPOSED FINAL JUDGMENT BY DEFAULT AGAINST THE DEFENDANTS DITECH FINANCIAL LLC, ET AL, AND ITS LOCAL FORECLOSURE COUNSEL

IN THE STATE OF FLORIDA,
BROWARD COUNTY, ss:

The undersigned, SAMUEL F. WORRELL, being duly sworn, hereby deposes and says:

1.    I am over the age of 18 years and am not a minor.

2. I am a resident of the State of Florida.

3. I am legally competent and capable in every respect to make the statements contained herein, and to execute this document.

4. I have personal knowledge of the facts stated herein and, if needed, can testify as to the accuracy and completeness thereof.

5. I declare to the best of my knowledge and belief, that the statements and information set forth herein are true, correct, and complete.

6. After reasonable inquiry into the military status of the DEFENDANTS named in this case, including querying the government's manpower data center (DMDC) database with their correct name and known information, it was determined that these individuals are not serving on military Active Duty, nor otherwise protected by provisions of the Servicemember Civil Relief Act (SCRA), that would preclude entry of a default judgment against the DEFENDANTS.

Dated: Tuesday, January 4, 2022.     Signed: _____

SAMUEL F. WORRELL

7420 N.W. 41 COURT, LAUDERHILL, FLORIDA 33319

## NOTARY ACKNOWLEDGMENT

IN THE STATE OF FLORIDA,
BROWARD COUNTY, ss:
Subscribed and sworn to before me, in my presence,
By means of physical presence, this 4th. day of January 2022.

_____
(Notary Signature)

My commission expires ___8/12/2024___

This person is personally known to me _____; or

Type of identification produced: Florida driver's license

Jhenae Walker
Notary Public
State of Florida
Comm# HH081631
Expires 8/12/2024

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the ADVERSARY PROCEEDING COMPLAINT and

PETITION was furnished to the parties listed on the service list below, via United States Postal

Service (USPS) 'Certified Mail' and/or E-mail in accordance with the corresponding addresses

listed therein, on the 4th day of January 2022.

Signed:

SAMUEL WORRELL PLAINTIFF-DEBTOR, pro se.
7420 N.W. 41 COURT, LAUDERHILL, FLORIDA 33319

## SERVICE LIST

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC

Attorneys for Ditech Financial Servicing, LLC, et al,
6409 Congress Ave, Suite100
Boca Raton, Florida, 33487

Attn: Marni Sachs
Marni Sachs, Esquire
Attn: Scott Brown
Scott Brown, Esquire
Florida Bar No.88187
Communication Email: sbrown@raslg.com

- 8 -

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

IN RE:
SAMUEL F. WORRELL
    Debtor

Case No.:21-20622-PDR
Chapter 13

SAMUEL F. WORRELL
    Plaintiff,
vs.
FINANCIAL SERVICING LLC, et al,
    Defendant.

Adversary Proceeding
Case No.: 21-01382-PDR DITECH

**PROPOSED**
**DEFAULT FINAL JUDGMENT**

**PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS**
**DITECH FINANCIAL LLC, ET AL, AND ITS LOCAL FORECLOSURE COUNSEL, WITH**
**SUPPORTING AFFIDAVITS, EXHIBITS, AND PROPOSED**
**FINAL JUDGMENT BY DEFAULT**

**ORDER**

THIS CAUSE came before the Court upon PLAINTIFF-DEBTOR'S Adversary Proceedings (AP)

Complaint for Declaratory Relief (Case No.: 21-01382) filed against DEFENDANTS DITECH

FINANCIAL SERVICING LLC, ET AL AND ITS LOCAL FORECLOSURE COUNSEL, namely the

attorneys of ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC, for Actual

Fraud; False Pretenses; False Representation; Willful and malicious injury; Validity, Priority or extent of

lien or other interest in Debtor's homestead property; Section 523(a) Dischargeability; And Chapter 11

Bankruptcy Fraud (pursuant to Case: 19-10412-JLG). This Court has carefully reviewed the entire

Court file and is otherwise fully advised in the premises.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

## FINDINGS

1. The Court has jurisdiction over the parties hereto and the subject matter herein.

2. PLAINTIFF-DEBTOR'S Adversary Complaint for Declarative Relief against DEFENDANTS-DITECH FINANCIAL SERVICING LLC, ET AL (hereafter DEFENDANTS-DITECH) and its foreclosure counsel of ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC (hereafter defendants' local foreclosure counsel) and Summons was duly served upon DEFENDANTS-DITECH by service to defendants' local foreclosure counsel.

3. The equities in this case rests with the PLAINTIFF-DEBTOR, SAMUEL F. WORRELL and against DEFENDANTS-DITECH and defendants' local foreclosure counsel who are in default for failing to timely file a sufficient answer to PLAINTIFF-DEBTOR'S AP Complaint during the time set to file an answer.

4. PLAINTIFF-DETOR have provided the Court with an affidavit of non-military status supporting and attesting to the fact that the default is not due to military service.

5. DEFENDANTS-DITECH failed to timely file by the prescribed time of 12/20/2021, a legally sufficiently answer to the AP Complaint and the allegations therein and failed to request or obtain an extension.

6. Accordingly, DEFENDANTS-DITECH are in default and PLAINTIFF-DEBTOR is entitled to judgment by default on each of the claims brought against DEFENDANT-DITECH and its foreclosure counsel contained the AP Complaint – to wit:

   Actual Fraud; False Pretenses; False Representation; Willful and malicious injury; Validity, Priority or extent of lien or other interest in Debtor's homestead property; Section 523(a) Dischargeability; And Chapter 11 Bankruptcy Fraud (pursuant to Case

7. IT IS THEREFORE ORDERED that:

8. DEFAULT FINAL JUDGMENT IS HEREBY ENTERED in favor of PLAINTIFF-DEBTOR
   against defaulting DEFENDANTS-DITECH and defendants' local foreclosure counsel.

9. PLAINTIFF-DEBTOR is therefore entitled to, and hereby granted entirely, the relief requested
   in the AP Complaint filed in this Court against DEFENDANTS-DITECH and defendants' local
   foreclosure counsel.

10. Further, the request to re-open case 19-21221-JKD in hereby GRANTED for a full accounting
    and examination of payments made to and from the bankruptcy estate. And to know whether
    DEFENDANTS-DITECH and defendants' local counsel obtained payments from PLAINTIFF-
    DEBTOR by deception, fraud, or false pretense.

## RETENTION OF JURISDICTION

11. IT IS FURTHER ORDERED that this Court retains exclusive jurisdiction over this matter for
    purposes of construction, modification, and enforcement of this Order.

12. The Court reserves exclusive jurisdiction over this matter to determine the appropriate amount
    of equitable or declarative relief with respect to PLAINTIFF-DEBTOR'S AP Complaint,
    including any consequential and punitive damages allowed by statute, and for the purpose of
    enforcement, and to award such other and further relief as the Court deems just and proper under
    the circumstances.

DONE AND ORDERED IN THE UNITED STATES BANKRUPTCY COURT Southern
District of Florida this _____ January 2022.

IT IS SO ORDERED.

Signed: _____

Honorable Peter D. Rossin
U.S. BANKRUPTCY COURT JUDGE
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

## SERVICE LIST

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC

Attorneys for Ditech Financial Servicing, LLC, et al,
6409 Congress Ave, Suite100
Boca Raton, Florida, 33487

Attn: Marni Sachs
Marni Sachs, Esquire
Attn: Scott Brown
Scott Brown, Esquire
Florida Bar No.88187
Communication Email: sbrown@raslg.com

Filing # 137909297 E-Filed 11/04/2021 01:12:55 PM

**EXHIBIT A**

## BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA COUNTY
OF BROWARD:

Before the undersigned authority personally appeared SCHERRIE A. THOMAS, who on oath says that he or she is the LEGAL CLERK, of the Broward Daily Business Review f/k/a Broward Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

CACE-16-001954
NOTICE OF FORECLOSURE SALE
DITECH FINANCIAL LLC, ETC.
VS. SAMUEL H. WORRELL, ET AL.

in the CIRCUIT Court,
was published in said newspaper in the issues of

10/25/2021 11/01/2021

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida and that the said newspaper has heretofore been continuously published in said Broward County, Florida each day (except Saturday, Sunday and Legal Holidays) and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this
1 day of NOVEMBER, A.D. 2021

(SEAL)
SCHERRIE A. THOMAS personally known to me

BARBARA JEAN COOPER
Notary Public - State of Florida
Commission # GG 292953
My Comm. Expires Jan 21, 2023
Bonded through National Notary Assn.

**NOTICE OF FORECLOSURE SALE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO. CACE-16-001954
DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC,
Plaintiff,
vs.
SAMUEL H. WORRELL AND DONNA L. WORRELL A/K/A DONNA GIBSON, et al.
Defendant(s).

NOTICE IS HEREBY GIVEN pursuant to a Final Judgment of Foreclosure dated February 21, 20[illegible] and entered in CACE-16-001954 of the Circuit Court of the SEVENTEENTH Judicial Circuit in and for Broward County, Florida, wherein DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC is the Plaintiff and SAMUEL F. WORRELL; DONNA L WORRELL A/K/A DONNA GIBSON are the Defendant(s). BRENDA D. FORMAN as the Clerk of the Circuit Court will sell to the highest and best bidder for cash at www.broward.realforeclose.com, at 10:00 AM, on November 09, 2021, the following described property as set forth in said Final Judgment, to wit:

LOT 6, BLOCK 1, OF BOULEVARD NORTH ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 92, PAGE 18 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA
Property Address: 7420 NW 41ST CT, LAUDERHILL, FL 33319

**Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim in accordance with Florida Statutes, Section 45.031.**

**Dated this 19 day of October, 2021.**

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**Attorney for Plaintiff**
**6409 Congress Ave., Suite 100**
**Boca Raton, FL 33487**
**Telephone: 561-241-6901**
**Facsimile: 561-997-6909**
**Service Email: flmail@raslg.com**
**By: JAMES HUTTON, ESQUIRE**
**Florida Bar No. 88662**
**Communication Email: jhutton@raslg.com**
**IMPORTANT**

SEE ATTACHED

16- 001954

If you are a person with a disability
who needs any accommodation in
order to participate in this proceeding,
you are entitled, at no cost to you,
to the provision of certain assistance.
Please contact the ADA Coordinator,
Room WW20140, 201 S.E. Sixth Street,
Fort Lauderdale, Florida 33301, 954-
831-7721 at least 7 days before your
scheduled court appearance, or imme-
diately upon receiving this notification
if the time before the scheduled ap-
pearance is less than 7 days; if you
are hearing or voice impaired, call 711.
15-078917 - MaS
10/25 11/1      21-48/0000558489B



2/2

Filing # 134596335 E-Filed 09/14/2021 06:32:13 PM

## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE16001954   DIVISION 11   JUDGE Andrea Gundersen

**Ditech Financial LLC**

Plaintiff(s) / Petitioner(s)

v.

**Samuel H Worrell, et al**

Defendant(s) / Respondent(s)

_____/

## ORD SETTING/RESETTING FORECLOSURE SALE

UPON Motion of the Plaintiff, DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, and the Court being duly advised via Zoom Hearing on September 8, 2021, where no Defendant appeared despite proper notice, it is hereby:

ORDERED AND ADJUDGED as follows:

1.   Plaintiff's Motion to Reschedule Foreclosure Sale is hereby **GRANTED**.

2.   The public sale scheduled to be held in this action on February 12, 2020 is hereby rescheduled pursuant to the provisions of the Final Judgment entered in this action on February 21, 2018. The Clerk is directed to set a public sale on the property on the first available sale date, to wit: **NOVEMBER 9, 2021, at** 10:00 AM, at www.broward.realforeclose.com.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 09-14-2021.

CACE16001954 09-14-2021 4:37 PM

CACE16001954 09-14-2021 4:37 PM
Hon. Andrea Gundersen
**CIRCUIT JUDGE**
Electronically Signed by Andrea Gundersen

**Copies Furnished To:**
JONATHAN IAN MEISELS , E-mail : FLmail@raslg.com
Marni Sachs , E-mail : Efile@rasflaw.com
Marni Sachs , E-mail : msachs@rasflaw.com

CaseNo: CACE16001954
Page 2 of 2

Samuel H Worrell , E-mail : sammyhw@bellsouth.net
Scott A Brown , E-mail : sbrown@rasflaw.com
Scott A Brown , E-mail : mail@rasflaw.com