UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
SAMUEL F. WORRELL
Debtor

Case No.:21-20622-PDR
Chapter 13

SAMUEL F. WORRELL
Plaintiff,
vs.

Adversary Proceeding
Case No.: 21-01382

DITECH FINANCIAL SERVICING LLC, et al,
Defendants.

**MOTION BY PLAINTIFF FOR REHEARING AND VACATURE OF THE ORDER ON DECEMBER 29, 2021 (ECF # 11), STATING FALSELY THAT THE DEFENDANT FILED A MOTION TO DISMISS PLAINTIFF'S ADVERSARY PROCEEDINGS LAWSUIT**

**IN THE ALTERNATIVE, PLAINTIFF'S MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER (ECF # 11) ENTERED ON DECEMBER 29, 2021**

1. PLAINTIFF, SAMUEL F. WORRELL, the Debtor in the underlying bankruptcy Chapter 13 Case Number: 21-20622-PDR, commenced Adversary Proceedings (AP) Case Number: 21-01382(PDR) against ***DEFENDANTS DITECH FINANCIAL SERVICING, et al, and its local foreclosure attorneys*** (emphasis added), (hereafter DEFENDANTS-DITECH).

2. DEFENDANTS-DITECH were noticed, summoned, and duly served the AP Complaint.

3. DEFENDANTS-DITECH failed to make sufficient appearance and **filed no proper nor timely answer to PLAINTIFF'S lawsuit.**

- 1 -

Scanned with CamScanner

4. Despite DEFENDANTS-DITECH'S failure to appear and failure to answer the incendiary charges detailed in PLAINTIFF'S AP lawsuit against DEFENDANTS-DITECH and its local foreclosure counsel[1], including claims of:

(a) Ongoing and continuous Foreclosure Fraud.

(b) False Pretenses.

(c) False Representation.

(d) Willful and malicious injury.

(e) Falsifying Validity, Priority or extent of lien or other interest in the debtor's homestead property.

(f) § 523(a) Dischargeability and Bankruptcy Fraud under Chapter 11 and Chapter 13 (in previous case 19-21221-JKD; and Case: 19-10412-JLG).

(g) Violating Bankruptcy Rules by appearing deceitfully and filing false or irrelevant documents into PLAINTIFF'S AP case.

5. Despite commencement of PLAINTIFF'S AP lawsuit supported by evidentiary exhibits, service of notice and summons of the serious charges filed against DEFENDANTS-DITECH and its local foreclosure attorneys, these defendants failed to properly appear, or reasonably answer.

6. Except for Docket Entry No.: 9, purportedly by an unnamed, nonparty, "NEWREZ LLC", (aka "NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and HSBC Bank, USA, N.A.), no sufficient answered was filed pursuant to pertinent law and civil dispute procedure rules.

---

[1] Robertson, Anschutz, Schneid, Crane, & Partners PLLC, including Attorneys - Ryan Lumberas Esq., (72596); Nicole Ramjattan Esq., (89204); Susan Sparks, Esq., (33626); Marni Sachs, Esq., (33626); Scott A. Brown, Esq., (88187); Keith Labell Esq., (0109158); April Harriott Esq., (37547) according to notices sent to Plaintiff.

7. Nonetheless, the Court *sua sponte* abruptly entered an order (ECF # 11), wrongly stating at the very outset that: "On December 17, 2021, **the Defendant** filed a Motion to Dismiss this adversary proceeding. (Doc. 9)." (emphasis added).

8. Besides the statement being absolutely untrue, solely based on a mere cursory review of the case docket, suggesting that the primary defendants (DEFENDANTS-DITECH) have ever appeared or participated adequately in the AP lawsuit, is clearly erroneous.

9. Additionally, by issuing the order the Court is overlooking the obvious bizarre fact that the MTD (Doc. 9) filed by an unauthorized non-party entity (NEWREZ), was knowingly and deceitfully filed in a distinctly different case-caption, citing different parties other than those named in PLAINTIFF'S lawsuit and summons.

10. If it is an oversight, honest mistake, or error by the Court, PLAINTIFF hereby respectfully ask for rehearing, vacature of the erroneous order (ECF # 11), and that DE # 9 be stricken from the docket record, as an unauthorized deceptive filing by an unnamed non-party who has NOT previously communicated with debtor, nor participated in the foreclosure fraud perpetrated against PLAINTIFF by DEFENDANTS-DITECH and its local foreclosure attorneys.

11. Further, beyond ordinary provisions of federal consumer law and mandatory rules of bankruptcy procedure (including Rule 3001 filing requirements), and especially in light of the types of claims being asserted against DEFENDANTS-DITECH and its local foreclosure attorneys, it is clearly wrong and totally inappropriate for an unnamed nonparty entity to now seek the Court's help and cooperation to abruptly switch identities - solely to continue carrying out well thought out schemes of deception.

Scanned with CamScanner

12. Accordingly, the Court cannot simultaneously effectively enforce federal bankruptcy law, and yet facilitate or aid in any way DEFENDANTS-DITECH'S continuing deceptions, intentional fraud, and false pretenses.

WHEREFORE, in PLAINTIFF'S AP lawsuit against *DEFENDANTS-DITECH with its local foreclosure attorneys* PLAINTIFF hereby respectfully ask that the Court grant a rehearing on legal standing for a nonparty to impersonate a named defendant; vacate the erroneous order entered on December 29, 2021, (ECF # 11); and grant all reasonable and just relief required by applicable law, and the facts before the Court in this case. In the alternative, PLAINTIFF seeks leave to appeal the order pursuant to 28 U.S.C. §§ 158(a), 1292(b); Rules 6(b) & (d), and 8004, on grounds that the nonparty (NEWREZ) is an unnamed stranger-entity in PLAINTIFF'S AP lawsuit, who has clearly failed to previously, or timely, assert a legitimate claim.

Dated: Friday, January 14, 2022.            Signed: _____
                                            SAMUEL F. WORRELL PLAINTIFF-DEBTOR, pro se.
                                            7420 N.W. 41 COURT., LAUDERHILL, FLORIDA 33319

Attached: Copy of order entered sua sponte, on December 29, 2021.

Scanned with CamScanner

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was furnished to the parties listed on the service list below, via United States Postal Service (USPS) 'First Class Mail', and / or E-mailed in accordance with the corresponding addresses listed therein, on the 18th day of January 2022.

Signed: _____
SAMUEL WORRELL-PLAINTIFF-DEBTOR, pro se.
7420 N.W. 41 COURT., LAUDERHILL, FLORIDA 33319

## SERVICE LIST

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC

Attorneys for Ditech Financial Servicing, LLC, et al,
6409 Congress Ave, Suite100
Boca Raton, Florida, 33487

Attn: Marni Sachs
Marni Sachs, Esquire
Attn: Scott Brown
Scott Brown, Esquire
Florida Bar No.88187
Communication Email: sbrown@raslg.com

Scanned with CamScanner

**ORDERED in the Southern District of Florida on December 29, 2021.**



*Peter D. Russin*

Peter D. Russin, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                            Case No. 21-20622-PDR

Samuel Fitzgerald Worrell,
                                                  Chapter 13
    Debtor.
_____/

Samuel Worrell,

    Plaintiff,

v.                                                Adv. Case No. 21-01382-PDR

Ditech Financial Servicing LLC,

    Defendant.
_____/

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING STATUS CONFERENCE

On December 17, 2021, the Defendant filed a *Motion to Dismiss* this adversary proceeding. (Doc. 9). Accordingly, the Court **ORDERS**:

Page 1 of 2

Scanned with CamScanner

1. The Plaintiff may respond to the *Motion* by January 12, 2022.

2. The Defendant may reply to the Plaintiff's response by January 26, 2022.

3. The Court shall hear the *Motion* (Doc. 9) on **February 2, 2022, at 10:00 a.m.** by Zoom Video Conference.

4. The Status Conference currently set for January 12, 2022, at 10:00 a.m. (Doc. 10) is **CONTINUED** to **April 7, 2022, at 10:00 a.m.** at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, Florida 33301. Although the Court will conduct the hearings in person, any interested party may choose to attend the hearings remotely via Zoom Video Conference, which permits remote participation by video or telephone.

5. **Zoom Video Conference Procedures.** To participate through Zoom Video Conference, participants must register in advance no later than 3:00 p.m. one business day before the hearing. To register for remote participation, use the following link:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k.

### #

Copies To:
April Harriott, Esq.

*April Harriott, Esq. is direct to serve this Order on all interested parties.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SAMUEL F. WORRELL
    Plaintiff,

vs.

DITECH FINANCIAL SERVICING LLC, et al,
    Defendants.

Adversary Proceeding
Case No.: 21-01382

### NOTICE OF APPEAL OF SUA SPONTE INTERLOCUTORY ORDER (ECF # 11) ENTERED ON DECEMBER 29, 2021 IN THE ADVERSARY PROCEEDINGS LAWSUIT

PLAINTIFF, SAMUEL F. WORRELL, HEREBY Appeals the order by the Bankruptcy Court entered on December 29, 2021. The sua sponte order wrongly assigns to an unnamed nonparty and unauthorized entity in PLAINTIFF'S AP lawsuit, the unwarranted status of **defendant**.

Signed: _____
SAMUEL WORRELL PLAINTIFF-DEBTOR, pro se.
7420 N.W. 4TH COURT., LAUDERHILL, FLORIDA 33319

Scanned with CamScanner