United States Bankruptcy Court

Southern District of Florida

Worrell,
    Plaintiff

Ditech Financial Servicing LLC, et al,
    Defendant

Adv. Proc. No. 21-01382-PDR

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: rodriguez      Page 1 of 2
Date Rcvd: Jan 21, 2022      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Samuel Worrell, 7420 NW 41 Court, Lauderhill, FL 33319-3902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 21 2022 22:33:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 21 2022 22:33:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2022 22:33:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: rodriguez | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: pdf004 | Total Noticed: 13 |

| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 21 2022 22:33:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
|---|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Ditech Financial Servicing LLC, et al |
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| April Harriott | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING aharriott@raslg.com |

TOTAL: 1



**ORDERED in the Southern District of Florida on January 21, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

Samuel Fitzgerald Worrell,

    Debtor.
_____/

Case No. 21-20622-PDR

Chapter 13

Samuel Fitzgerald Worrell,

    Plaintiff,

v.

Ditech Financial Servicing, LLC, et al.,

    Defendants.
_____/

Adv. Case No. 21-01382-PDR

### ORDER DENYING PLAINTIFF'S MOTIONS FOR REHEARING AND VACATURE OF ORDER SETTING BRIEFING SCHEDULE AND <u>HEARING ON DEFENDANT'S MOTION TO DISMISS</u>

On December 17, 2021, NewRez LLC filed a *Motion to Dismiss Adversary Proceeding*. (Doc. 9). The Court entered an *Order Setting Briefing Schedule and Hearing* on the Motion to Dismiss, setting a hearing for February 2, 2022. (Doc. 11).

On January 18, 2022, the *pro se* Plaintiff filed a *Motion by Plaintiff for Rehearing and Vacature of the Order on December 29, 2021, Stating Falsely that the Defendant Filed a Motion to Dismiss Plaintiff's Adversary Proceedings Lawsuit or, in the Alternative, Plaintiff's Motion for Leave to Appeal Interlocutory Order Entered on December 29, 2021*. (Docs. 17 & 18). In it, the Plaintiff suggests that "Defendants-Ditech failed to make sufficient appearance and filed no proper nor timely answer to Plaintiff's lawsuit" and that the Court has "*sua sponte* abruptly entered an order [wrongly] stating at the very outset that … the Defendant filed a Motion to dismiss …" It seems the Plaintiff is instead suggesting that NewRez is not a party to this litigation.

To clarify, the Court has not, *sua sponte* or otherwise, made any determinations about the Motion to Dismiss or NewRez's standing to file it in this case. The Court accepted the Motion to Dismiss because the Plaintiff listed "et al." in his initial Complaint without naming each defendant in this case. The Court, therefore, is unable to discern without a hearing whether NewRez has standing. To the extent that NewRez is not a proper party to this case and lacks standing to seek dismissal of the Plaintiff's Complaint, the Court construes the Plaintiff's arguments in his Motions as a response in opposition. Further, the Court denies the request for an interlocutory appeal both because the Court has not yet issued any ruling or

entered any order that arguably is appropriate for interlocutory review and the record does not clarify whether the request for interlocutory review was filed in accordance with the applicable rules.[1]

Accordingly, the Court **ORDERS** that the *Motions* (Doc. 17 & 18) are **DENIED**. The Court construes the contents of the *Motions* as a response in opposition to the Motion to Dismiss.

# # #

Copies To:
All parties in interest.

---

[1] *See* 28 U.S.C. §§ 158(a)(3); 1292(b); Fed. R. Bankr. P. 8004; Local Rule 8004-1; *see, e.g.*, *In re Travers*, 202 B.R. 624, 626 (9th Cir. BAP 1996) ("Granting leave is appropriate if the order involves a controlling question of law where there is substantial ground for difference of opinion and when the appeal is in the interest of judicial economy because an immediate appeal may materially advance the ultimate termination of the litigation.").