

**ORDERED in the Southern District of Florida on February 2, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

In re:

Samuel Fitzgerald Worrell,

    Debtor.

_____/

Samuel Fitzgerald Worrell,

    Plaintiff,

v.

Ditech Financial Servicing, LLC,

    Defendant.

_____/

Case No. 21-20622-PDR

Chapter 13

Adv. Case No. 21-01382-PDR

### ORDER DENYING NEWREZ'S MOTION TO DISMISS
### AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
### <u>AND SUA SPONTE DISMISSING COMPLAINT WITH LEAVE TO AMEND</u>

This matter came before the Court for hearing on February 2, 2022, on NewRez LLC d/b/a Shellpoint Mortgage Servicing's *Motion to Dismiss* (Doc. 9) and the

Plaintiff's *Motion for Default Judgment.* (Doc. 14). Following the hearing and upon review of the motions, court file, and record, for the reasons stated on the record at the hearing, the Court **ORDERS**:

1. The *Motion to Dismiss* (Doc. 9) is **DENIED**.

2. The *Motion for Default Judgment* (Doc. 14) is **DENIED**.

3. Upon the Court's *sua sponte* review of the Complaint (Doc. 1), the Court further orders that the Plaintiff's reference to "et al" in the case caption is **STRICKEN**.

4. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** because, based on the Plaintiff's own statements at the hearing, the Complaint does not articulate the relief the Plaintiff seeks. The Plaintiff may file an amended complaint within thirty days of the entry of this order.

###

Copies To:
All parties in interest.