United States Bankruptcy Court

Southern District of Florida

Worrell,
    Plaintiff

Ditech Financial Servicing LLC, et al,
    Defendant

Adv. Proc. No. 21-01382-PDR

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: rodriguez      Page 1 of 2
Date Rcvd: Feb 02, 2022      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Samuel Worrell, 7420 NW 41 Court, Lauderhill, FL 33319-3902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 03 2022 01:25:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 03 2022 01:26:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 01:26:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 03 2022 01:26:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 03 2022 01:25:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| District/off: 113C-0 | User: rodriguez | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: pdf004 | Total Noticed: 13 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 03 2022 01:26:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Ditech Financial Servicing LLC, et al |
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| April Harriott | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING aharriott@raslg.com |

TOTAL: 1



**ORDERED in the Southern District of Florida on February 2, 2022.**



              **Peter D. Russin, Judge**
              **United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

Samuel Fitzgerald Worrell,

    Debtor.
_____/

Samuel Fitzgerald Worrell,

    Plaintiff,

v.

Ditech Financial Servicing, LLC,

    Defendant.
_____/

Case No. 21-20622-PDR

Chapter 13

Adv. Case No. 21-01382-PDR

### ORDER DENYING NEWREZ'S MOTION TO DISMISS
### AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
### AND SUA SPONTE DISMISSING COMPLAINT WITH LEAVE TO AMEND

This matter came before the Court for hearing on February 2, 2022, on NewRez LLC d/b/a Shellpoint Mortgage Servicing's *Motion to Dismiss* (Doc. 9) and the

Plaintiff's *Motion for Default Judgment*. (Doc. 14). Following the hearing and upon review of the motions, court file, and record, for the reasons stated on the record at the hearing, the Court **ORDERS**:

1. The *Motion to Dismiss* (Doc. 9) is **DENIED**.

2. The *Motion for Default Judgment* (Doc. 14) is **DENIED**.

3. Upon the Court's *sua sponte* review of the Complaint (Doc. 1), the Court further orders that the Plaintiff's reference to "et al" in the case caption is **STRICKEN**.

4. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** because, based on the Plaintiff's own statements at the hearing, the Complaint does not articulate the relief the Plaintiff seeks. The Plaintiff may file an amended complaint within thirty days of the entry of this order.

# # #

Copies To:
All parties in interest.