## STATUS CONFERENCE:

Date: **May 18, 2022**

Time: **10:00 AM**

Location: **U.S. Courthouse, 299 E Broward Blvd #301, Ft Lauderdale, FL 33301**

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Clerk of Court**

By: Lorenzo Rodriguez
Deputy Clerk

Dated: March 8, 2022

*Page 2 of 3*

Form CGFI25 (06/22/21)

United States Bankruptcy Court
Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21-20622-PDR

Adversary Number: 21-01382-PDR

In re:

**Name of Debtor(s):** Samuel Fitzgerald Worrell

_____ /

**Samuel Worrell**

Plaintiff(s)

VS.

**Ditech Financial Servicing LLC, et al, Robertson, Anschutz, Schneid, Crane& Partners, PLLC and New Rez LLC, D/B/A Shellpoint Mortgage Servicing**

Defendant(s)
_____/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# AMENDED SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies must submit a motion or answer to the complaint within 35 days.

**Federal Building
299 E Broward Blvd, Room 112
Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Samuel Worrell
7420 NW 41 Court
Lauderhill, FL 33319

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003-1(B)(2) corporate defendants must file a corporate ownership statement.

## CERTIFICATE OF SERVICE

I, __SAMUEL WORRELL__ (name), certify that service of this summons and a copy of the complaint was made __03/14/2022__ (date) by:

__X__ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __03/14/2022__    Signature: __[signature]__

Print Name: __SAMUEL WORRELL__
Address: __7420 N.W. 41st Court__
City: __Lauderhill__ State: __FL__ Zip: __33319__

*Page 3 of 3*

THU-16808 113C-0 CGFI25 21-01382
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

011608  11608 1 AB 0.458  33319  9 8  9541-1-11837

Samuel Worrell
7420 NW 41 Court
Lauderhill, FL 33319-3902

011608    16808011619027